**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Carlos Alexander, Vivian Perrin, and
Matthew Tyson, on behalf of themselves and
all others similarly situated,

                              Plaintiffs,

              - against -

Global Threat Solutions, LLC,

                              Defendant.

Case No. 1:23-cv-01891

**NOTICE OF APPEARANCE**

To:    The clerk of the court and all parties of record

      PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of New York, hereby enters her appearance as counsel for Defendant Global Threat Solutions, LLC in the above captioned matter.

Dated:   March 23, 2023
           Flushing, New York

**SEO LAW GROUP, PLLC**

By: */s/ Diana Seo*
Diana Y. Seo, Esq.
136-68 Roosevelt Ave., Suite 726
Flushing, New York 11354
Tel: (718) 500-3340
Tel: (718) 500-3341
Email: diana@seolawgroup.com
*Attorneys for Defendant*