# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
Carlos Alexander, Vivian Perrin, and                    :
Matthew Tyson, *on behalf of themselves and*            :     Case No. 1:23-cv-01891
*all others similarly situated,*                        :
                                                        :     **SETTLEMENT**
                     *Plaintiffs,*                      :     **AGREEMENT AND**
       - against -                                      :     **RELEASE OF CLAIMS**
                                                        :     **BETWEEN PLAINTIFFS AND**
Global Threat Solutions, LLC,                           :     **DEFENDANT**
                                                        :
                     *Defendant.*                       :
------------------------------------------------------- x

  This Settlement Agreement is entered into by and among, Carlos Alexander, Vivian Perrin, and Matthew Tyson (hereinafter "Plaintiffs'") on the one hand, Global Threat Solutions, LLC. (hereinafter, "Defendant"), (Plaintiffs and Defendant, collectively, "the Parties") on the other hand.

  **WHEREAS**, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in in the United States District Court for the Southern District of New York (the "Court"), Civil Action No: 1:23-cv-01891 (the "Action" or "Complaint"), alleging, among other claims, violations of federal and state wage and hour and overtime laws under the Fair Labor Standards Act ("FLSA") and the New York Labor Law (the "NYLL");

  **WHEREAS**, Plaintiffs allege that they worked for Defendant as employees;

  **WHEREAS**, Defendant denies all claims in Plaintiffs' Complaint;

  **WHEREAS**, on or about June 1, 2023, a Mediation Conference was scheduled for June 28, 2023 to be held via video conference at 10:00 am;

  **WHEREAS**, the Parties have determined it to be in their mutual interest to settle the Action and all matters between them;

  **WHEREAS**, the Parties desire to have no further obligation to each other, except as specifically provided herein;

  **WHEREAS**, Plaintiffs have, throughout the negotiation and execution of this Agreement, been represented by their Counsel, Mohammed Ahmed Gangat, Esq., Law Office of Mohammed Gangat, 675 Third Avenue, Ste 1810, New York, NY 10017, Tel: 718-669-0714;

  **WHEREAS**, Defendant has, throughout the negotiation and execution of this Agreement

been represented by their Counsel, Diana Y. Seo, Esq., Seo Law Group, PLLC, 136-68 Roosevelt Ave., Suite 726, Flushing, NY 11354, Tel: 718-500-3340;

**WHEREAS**, Plaintiffs' Counsel and Defendant's Counsel have reached a settlement acceptable to the Parties which constitutes a reasonable compromise of Plaintiffs' claims and Defendant's defenses (the "Agreement");

**WHEREAS**, Plaintiffs acknowledge that they have entered into this Agreement freely and voluntarily, without threats or coercion of any kind by anyone; and

**WHEREAS**, Plaintiffs acknowledge that they understand the meaning and effect of the execution of this Agreement.

**THEREFORE**, for good and valuable consideration, the sufficiency of which is acknowledged hereby, and in consideration of the mutual covenants and undertakings set forth herein, the Parties agree as follows:

1. **Settlement Amount**

In exchange for and in consideration of the covenants and promises contained herein, including Plaintiffs' specific release of all wage-and-hour claims against Defendant and the Releasees (as defined herein) as set forth in Paragraph 5 below, Defendant will provide Plaintiffs with a settlement payment in the total amount of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Settlement Amount"). The Settlement Amount shall be paid according to the following schedule as set forth in Paragraph 2, provided that (i) Plaintiffs have executed this Agreement and delivered the same to Defendant's counsel at Seo Law Group, PLLC (Attn: Diana Y. Seo, Esq.), 136-68 Roosevelt Ave., Suite 726, Flushing, NY 11354 by email at diana@seolawgroup.com, and (ii) Plaintiffs' counsel has delivered to Defendant's counsel all necessary tax forms, including, but not limited to an IRS Form W-9 for Plaintiffs' and their Counsel.

2. **Settlement Payment Schedule**

The Settlement shall be payable on a schedule as set forth as follows:

i) Twenty-Five Thousand Dollars and No Cents ($25,000.00) shall be mailed or hand delivered to Law Office of Mohammed Gangat, 675 Third Avenue, Ste 1810, New York, NY 10017 within seven (7) days of judicial approval of this settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and consist of four (4) checks as follows:

1) Two checks made payable to Carlos Alexander in the amount of $5,446.00 to be allocated as follows:

- 1) $1,446.00 in back wages for which an IRS Form W2 shall issue an for which standard employee withholdings and deductions will be taken out and it shall be to be reflected in One Check; and

- 2) with the remainder in the amount of $4,000.00 to be allocated as other damages and it shall be reflected in another Check for which a 1099 shall issue;

2) Two checks made payable to Vivian Perrin in the amount of $5,446.00 to be reported on an IRS Form $5,446.00 allocated as follows:

- 1) $1,446.00 in back wages for which an IRS Form W2 shall issue an for which standard employee withholdings and deductions will be taken out, and it shall be to be reflected in One Check; and

- 2) with the remainder in the amount of $4,000.00 to be allocated as other damages and it shall be reflected in another Check for which a 1099 shall issue;

3) Two checks made payable to Matthew Tyson in the amount of $5,446.00 allocated as follows:

- 1) $1,446.00 in back wages for which an IRS Form W2 shall issue an for which standard employee withholdings and deductions will be taken out and it shall be to be reflected in One Check; and,

- 2) with the remainder in the amount of $4,000.00 to be allocated as other damages and it shall be reflected in another Check for which a 1099 shall issue; and,

4) One check made payable to Law Office of Mohammed Gangat in the amount of $8,662.00 to be reported on an IRS Form 1099-MISC as other income.

### 3. Default, Notice and Opportunity to Cure

If Defendant fails to timely pay the Settlement Payment described above, or if any payment check fails to clear (i.e. bounces), Plaintiffs' Counsel shall provide a notice to cure Defendant by email to their Counsel: Diana Y. Seo, Esq., at diana@seolawgroup.com. Defendant shall cure the default within seven (7) days from and including the date on which the notice was received.

### 4. Taxes

Each payer of a payment under this Agreement and each recipient of a payment under this Agreement will be responsible for all taxes that he/she is legally responsible to pay due to this Agreement.

### 5. Wage and Hour Release by Plaintiffs

a) In exchange for and in consideration of the covenants and promises contained herein,

Plaintiffs, with respect solely and only to conducts that have arisen on, or prior to, the date this Agreement is executed, fully and forever release, relieve, waive, relinquish, and discharge Global Threat Solutions, LLC from any claims alleged in the Complaint <u>ONLY</u>, including, but not limited to, any and all wage and hour claims arising under the Fair Labor Standards Act, the New York Labor Law, and the Wage Theft Prevention Act, as well as claims for overtime, commissions, unpaid wages, whether based on common law or otherwise, and all claims for improper deductions, travel time, spread of hours pay, bonuses, expenses, reimbursements, gratuities, tip credits, tip allowances, service charges and retained gratuities during Plaintiffs' employment with Defendant and any other compensation or wages. This release does not include a release of any rights that Plaintiffs may have under this Agreement.

b) The Parties recognize that this settlement Agreement is not confidential pursuant to *Cheeks v. Freeport Pancake House, lnc.*, 796 F.3d 199 (2d Cir. 2015) and the Parties agree not to knowingly disparage or defame any of the other Parties, except that any Party may make truthful comments with respect to the FLSA claims brought in this case.

c) Nothing herein shall prevent Plaintiffs from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency.

6. **Judicial Review/ Discontinuance of Claims**

a) Plaintiffs acknowledge that they are not presently aware of any legal proceeding other than the above-caption action pending between Plaintiffs and/or their representatives and Defendant.

b) Contemporaneously with the execution of this Agreement, Plaintiffs and Defendant, by their respective Counsel, shall execute a Stipulation and Order of Dismissal (annexed hereto as Exhibit A) ("Stipulation"), dismissing the Complaint with prejudice. Upon judicial approval of this Settlement Agreement, Defendant shall file the Stipulation.

c) Plaintiffs shall refrain from bringing any lawsuit or initiating any proceeding for any claim waived in any paragraphs of this Agreement, and agree, further, not to permit anyone else to do so on their behalf, to the maximum extent possible under applicable law.

7. **Denial of Wrongdoing**

Nothing contained in this Agreement, nor the fact that Plaintiffs have been paid any remunerations under it, shall be construed, considered, or deemed to be an admission of liability or wrongdoing by Defendant. Defendant denies any liability, committing any wrongdoing or violating any legal duty with respect to Plaintiffs, including with respect to Plaintiffs' employment, including Plaintiffs' pay while in Defendant's employ. The terms of this Agreement, including all facts, circumstances, statements, and documents, shall not be admissible or submitted as evidence

in any litigation, in any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Agreement, or as may otherwise be required by law.

### 8. Choice of Law and Forum

This Agreement shall at all times be construed and governed by the laws of the State of New York, regardless of conflicts of laws principles. Any dispute, claim or cause of action arising out of, or relating to, this Agreement shall be resolved in the United States District Court for the Southern District of New York or New York Supreme Court for New York County, with the prevailing party being awarded reasonable attorneys' fees as well as reimbursement of the filing fees.

### 9. Entire Agreement

The Parties acknowledge and agree that this Agreement reflects the entire agreement between the Parties regarding the subject matter herein and fully supersedes any and all prior agreements and understanding between the Parties hereto. There is no other agreement except as stated herein. Plaintiffs acknowledge that Defendant has made no promises to them other than those contained in this Agreement.

### 10. Modification

This Agreement may not be changed unless the change is in writing and signed by the Parties.

### 11. General Provisions

The failure of any party to this Agreement to insist on strict adherence of any term hereof on any occasion shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term or any other term hereof. The invalidity of any provision of this Agreement shall not affect the validity of any other provision hereof. This Agreement has been drafted and reviewed jointly by Counsel for the Parties and no presumption or construction as to the drafting of this Agreement shall be applied against or in favor of any party.

### 12. Acknowledgement

Plaintiffs acknowledge that they have been fully and fairly represented by counsel in this matter. Defendant acknowledges that it has consulted with counsel for the purpose of this Agreement. Plaintiffs and Defendant acknowledges that it is not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

### 13. Release Notification

Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Mohammed Ahmed Gangat, Esq.

of Law Office of Mohammed Gangat, Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

### 14. Counterparts

To signify their Agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

### 15. Attorneys' Fee and Costs Provision

If either party files a lawsuit or motion to enforce the terms of the Agreement, and this results in a recovery of damages for that party against the other, or otherwise results in a finding of liability against the other party, then the prevailing party shall have the right to collect from the other the prevailing party's reasonable costs and necessary disbursements and attorneys' fees incurred in enforcing the Agreement.

**signatures on following page**

**PLAINTIFF**
Carlos Alexander

_____
DATE: 12/21/2023

**PLAINTIFF**
Vivian Perrin

_____
DATE: 12/21/2023

**PLAINTIFF**
Matthew Tyson

_____
DATE: 12/21/2023

**DEFENDANT**

Global Threat Solutions, LLC

_____
NAME: Christopher Schiavo

TITLE: Chief Ooerating Officer

DATE: 12/20/2023

Page 7 of 8

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
Carlos Alexander, Vivian Perrin, and                    :
Matthew Tyson, *on behalf of themselves and*            :    Case No. 1:23-cv-01891
*all others similarly situated,*                        :    **STIPULATION AND ORDER**
                                                        :    **OF DISMISSAL WITH**
         *Plaintiffs,*    :    **PREJUDICE**
  - against -                                  :
                                                        :
Global Threat Solutions, LLC,                           :
                                                        :
         *Defendant.*      :
------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendant. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: _____, 2023
      Flushing, New York

| LAW OFFICE OF MOHAMMED GANGAT | SEO LAW GROUP, PLLC |
|---|---|
| By:_____ | By:_____ |
|    Mohammed Ahmed Gangat, Esq. |    Diana Y. Seo, Esq. |
|    675 Third Avenue, Ste 1810 |    136-68 Roosevelt Ave., Suite 726 |
|    New York, NY 100017 |    Flushing, New York 11354 |
|    Tel: (718) 669-0714 |    Tel: (718) 500-3340 |
|    Email: mgangat@gangatllc.com |    Email: diana@seolawgroup.com |
|    *Attorneys for Plaintiffs* |    *Attorneys for Defendant* |

SO ORDERED.